|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | |
| ... | | |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN WESLEY WILLIAMS,** | Case No. CV-09-01232 PSG (FFM) |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **FREDRICK BRIAN HAWS, et al.,** | |
| Defendants. | |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(ii) and pursuant to the stipulation of the parties, this action is ORDERED dismissed with prejudice. Each party is to bear his or her own costs, fees, and expenses of any find, including attorney's fees. There is no prevailing party in this action. This Court will retain jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

Dated: __05-17-11

**PHILIP S. GUTIERREZ**
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

1